Molly M. Rezac
Nevada Bar No. 7435
Cayla J. Witty
Nevada Bar No. 12897
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, Eighth Floor
Reno, NV  89501
Telephone:  775.440.2373
Fax:  775.440.2376
*Attorneys for Defendant,*
*Golf Galaxy, LLC d/b/a and a/k/a*
*Dicks Sporting Goods*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA WARD, an individual;<br><br>        Plaintiffs,<br><br>    vs.<br><br>GOLF GALAXY, LLC d/b/a and a/k/a DICKS SPORTING GOODS; DOES I Through X; and ROE Corporations XI Through XX; inclusive,<br><br>        Defendants. | Case No.:   2:26-cv-101<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, AND 1441** |

**TO:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

PLEASE TAKE NOTICE that Defendant Golf Galaxy, LLC d/b/a and a/k/a Dicks Sporting Goods ("Defendant"), by and through their undersigned counsel, hereby file this Notice of Removal of Action pursuant to 28 U.S.C. §§ 1331, 1367 and 1441 ("Notice") of this case from the Eighth Judicial District Court of the State of Nevada, Case No. A-25-935195-C (the "State Court Action"), in which it is now pending, to the United States District Court for the District of Nevada. The federal question jurisdiction of this Court is invoked under 28 U.S.C. § 1331, and supplemental jurisdiction over state law claims is invoked under 28 U.S.C. § 1367.

**I.    STATE COURT ACTION**

Plaintiff Barbara Ward ("Plaintiff") filed an action against Defendant on December 16, 2025.  A true and correct copy of Plaintiffs' Complaint is attached hereto as **Exhibit A**. Plaintiff's Complaint alleges five claims for relief: (1) Violations of the Americans with Disabilities Act (42

- 1 -

U.S.C. §12101 *et. seq.* and NRS §613.330), (2) Sex Discrimination/Harassment (Title VII 42 U.S.C. §2000e *et. seq*. and NRS §613.330), (3) Age Discrimination/Harassment (29 U.S.C. §623(a) and NRS §613.330), (4) Retaliation (42 U.S.C. §12203, 42 U.S.C. §2000e *et. seq*, and NRS §613.340) and (5) Wrongful Termination of Employment—Negligent Hiring, Training and Supervision.

## II.   FEDERAL JURISDICTION

### A.   This Court Has Federal Question Jurisdiction Under 28 U.S.C. § 1331

Plaintiff's primary claims for relief involve allegations of violations of the Americans with Disabilities Act, 42 U.S.C. §12101, *et. seq.*, as amended, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-3, as amended.   *See* **Exhibit A**, ¶¶50-112. Accordingly, Plaintiff's Complaint presents federal question jurisdiction under 28 U.S.C. §1331.

### B.   This Court Has Supplement Jurisdiction Over Plaintiff's Remaining State Law Claims Under 28 U.S.C. §1367

Plaintiff's Complaint also alleges claims arising under NRS §613.330 and §613.340.  These state law claims arise from the same occurrences and/or common nucleus of operative facts that underlie Plaintiff's federal law claims.  The Complaint makes clear that each of Plaintiff's claims, including their state law claims, are related to allegations of discrimination in the workplace. This Court, therefore, has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. §1367. *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).

## III.   THIS REMOVAL IS TIMELY

The Defendant was served with the summons and complaint December 29, 2025.  This Notice is being filed on January 16, 2026, less than thirty (30) calendar days after Defendant was served with the Complaint, thus, the removal is timely pursuant to 28 U.S.C. §1446(b).

## IV.   DEFENDANT HAS MET ALL OTHER REQUIREMENTS FOR REMOVAL

1.    Defendants have attached to this Notice as **Exhibit A** through **Exhibit D** copies of all documents that constitute all "process, pleadings and orders" served upon it pursuant to 28 U.S.C. § 1446(a).

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

2.      Defendants have also concurrently filed a copy of this Notice in the Eighth Judicial District Court, Clark County, State of Nevada.

3.      Defendants have served a copy of this Notice upon Plaintiffs.

4.      This Notice is executed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

## V.      CONCLUSION

Removal of this action is proper under 28 U.S.C. § 1441(a) and (c) because it is a civil action brought in State Court. Defendants are removing it to the United States District Court for the District of Nevada, which is the Federal Court for the district and division in which the State Court Action is pending.  The District Court of the United States has original jurisdiction under 28 U.S.C. § 1331 as Plaintiff's suit involves questions of federal law.

By removing this matter, Defendants do not waive or intend to waive any applicable defenses.

DATED this 16th day of January, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac
Molly Malone Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant, Golf Galaxy, LLC d/b/a and a/k/a Dicks Sporting Goods*

- 3 -

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, AND 1441** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Christian Gabroy
Kaine Messer
Gabroy | Messer

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing document was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Christian Gabroy
Kaine Messer
Gabroy | Messer
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
christian@gabroy.com
kmesser@gabroy.com

DATED this 16th day of January, 2026.

*/s/ Marti Rodriguez*
An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

- 4 -

94865219.v1-OGLETREE