**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA WARD, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>GOLF GALAXY, LLC d/b/a and a/k/a DICKS SPORTING GOODS; DOES I Through X; and ROE Corporations XI Through XX; inclusive,<br><br>Defendants. | Case No.: 2:26-cv-101<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Golf Galaxy, LLC d/b/a and a/k/a Dicks Sporting Goods ("Defendant") and Plaintiff Barbara Ward ("Plaintiff") hereby requests that Defendant be granted a 28-day extension of time, up to an including February 20, 2026, to file its response to Plaintiff's Complaint (ECF. No. 1). The present deadline for Defendant to file its response is January 23, 2026. This is the parties' first request for an extension of time for Defendant to file its response.

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a 28-day extension of

///

///

- 1 -

time up to and including February 20, 2026 for Defendant to file their response to Plaintiff's Complaint.

| | |
|---|---|
| DATED this 21st day of January, 2026. | DATED this 21st day of January, 2026. |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C | GABROY \| MESSER |
| /s/ Molly M. Rezac<br>Molly M. Rezac<br>Nevada Bar No. 7435<br>200 S. Virginia Street, 8th Floor<br>Reno, NV 89501<br>*Attorneys for Defendants, Golf Galaxy, LLC d/b/a and a/k/a Dicks Sporting Goods* | /s/ Christian Gabroy<br>Christian Gabroy<br>Nevada Bar No.8805<br>170 S. Green Valley Parkway, Suite 280<br>Henderson, NV 89012<br>*Attorneys for Plaintiff, Barbara Ward* |

**ORDER**

IT IS SO ORDERED.

_____
Nancy J. Koppe
United States Magistrate Judge

January 22, 2026
DATED

- 2 -

95090555.v1-OGLETREE