Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Barbara Ward*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA WARD, an individual;<br><br>Plaintiff,<br>vs.<br><br>GOLF GALAXY, LLC d/b/a and a/k/a DICKS SPORTING GOODS; DOES I through X; and ROE Corporations XI through XX, inclusive;<br><br>Defendants. | Case No.: 2:26-cv-00101-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Barbara Ward ("Plaintiff") and Defendant Golf Galaxy, LLC d/b/a and a/k/a Dicks Sporting Goods ("Defendant"), by and through their respective counsel of record, that this action shall be dismissed with prejudice.

/ / /

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

Dated this 7th day of August 2026.

Respectfully submitted,

GABROY | MESSER

*/s/ Christian Gabroy*
Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
*Attorneys for Plaintiff*

Dated this 7th day of August 2026.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Molly M. Rezac*
Molly M. Rezac
Nev. Bar No. 7435
Cayla J. Witty
Nev. Bar No. 12897
200 South Virginia Street
Eighth Floor
Reno, NV 89501
*Attorneys for Defendants*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: August 17, 2026